IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>$588,453.25 IN UNITED STATES CURRENCY IN BANK OF AMERICA ACCOUNT NUMBER X8909 IN THE NAME OF JAMES DUNBAR, $859,049.90 IN UNITED STATES CURRENCY IN JP MORGAN CHASE ACCOUNT NUMBER X8305 IN THE NAME OF VINES INVESTMENTS INC., $251,758.06 IN UNITED STATES CURRENCY IN BANK OF AMERICA ACCOUNT NUMBER X7317 IN THE NAME OF SHELBY R CARTER SOLE PROP, $265,000.00 IN UNITED STATES CURRENCY IN CENTRAL TRUST BANK ACCOUNT NUMBER X6587 IN THE NAME OF JAMES DUNBAR, and $44,810.33 IN UNITED STATES CURRENCY IN FIRST REPUBLIC BANK ACCOUNT NUMBER X2996 IN THE NAME OF ASHTON B VINES,<br><br>        Defendants. | 8:19CV164<br><br>ORDER |

    Pursuant to notification from the U.S. Attorney's office that no claims were filed to the Administrative forfeiture and no further action is needed, the Clerk of the Court is directed to terminate this case for statistical purposes.

    **IT IS SO ORDERED**.

    Dated this 5th day of March, 2020.

                                                    BY THE COURT:

                                                    s/ Joseph F. Bataillon
                                                    Senior United States District Judge